UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 13-489-MWF(JCGx)**                                Dated: **July 29, 2013**

Title:      Ritual Coffee Roasters, Inc. -v- ATA Group, LLC, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Rita Sanchez                                           None Present
    Courtroom Deputy                                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                           None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

    In light of the Notice of Settlement filed July 26, 2013, the Court sets a hearing on Order To Show Cause Re Dismissal for **August 26, 2013, at 11:30 a.m.**  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

    IT IS SO ORDERED.

MINUTES FORM 90                                        Initials of Deputy Clerk   rs
CIVIL - GEN